# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: GILLEN, DETA A                                    §    Case No. 10-74940
                                                        §
                                                        §
Debtor(s)                                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 05/18/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/18/2011          By:  /s/BERNARD J. NATALE
                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: GILLEN, DETA A                                  §       Case No. 10-74940
                                                       §
                                                       §
Debtor(s)                                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                   $_____56,004.58

*and approved disbursements of*                        $_____0.00

*leaving a balance on hand of* ¹                       $_____56,004.58

**Balance on hand:**                               $       56,004.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:   $_____0.00
Remaining balance:   $       56,004.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - BERNARD J. NATALE | 5,991.27 | 0.00 | 5,991.27 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,076.00 | 0.00 | 1,076.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 9.76 | 0.00 | 9.76 |

Total to be paid for chapter 7 administration expenses:   $_____7,077.03
Remaining balance:   $_____48,927.55

¹ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 48,927.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 48,927.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,671.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 11,208.42 | 0.00 | 11,208.42 |
| 2 | PYOD LLC as assignee of  Citibank | 8,965.80 | 0.00 | 8,965.80 |
| 3 | PYOD LLC  as assignee of Citibank | 12,433.81 | 0.00 | 12,433.81 |
| 4 | PYOD LLC as assignee of Citibank | 14,855.63 | 0.00 | 14,855.63 |
| 5 | PYOD LLC as assignee of Citibank | 207.88 | 0.00 | 207.88 |

Total to be paid for timely general unsecured claims: $ 47,671.54

Remaining balance: $ 1,256.01

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,256.01 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 1,256.01 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $76.74.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $1,179.27.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:    /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-74940-MB
Deta A Gillen                                                   Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: kkrystave        Page 1 of 1        Date Rcvd: Apr 19, 2011
                           Form ID: pdf006         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2011.
db         +Deta A Gillen,    25 N Fourth St,    Savanna, IL 61074-1949
aty        +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
aty        +Scott E Hillison,    Bernard J Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
tr         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
16229319   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16507133    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16229320   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16229321    FHN Memorial Hospital,    P.O. Box 857,    Freeport, IL 61032-0857
16229322   +FHN Physician Services,    P.O. Box 268,    Freeport, IL 61032-0268
16229323   +Freeport Health Network,    P.O. Box 857,    Freeport, IL 61032-0857
16229324   +Freeport Memorial Hospital,    P.O. Box 857,    Freeport, IL 61032-0857
16229317   +Gillen Deta A,    25 N Fourth St,    Savanna, IL 61074-1949
16524139   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16229326   +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16229327   +Thd/cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
16229328   +Us Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        +E-mail/Text: ELOHSE@FRONTIERNET.NET Apr 19 2011 23:42:11     Thomas H Senneff,
             Attorney Thomas H. Senneff,    P. O. Box 347,    Fulton, IL 61252-0347
16580547    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 20 2011 00:34:39     Regional Acceptance,
             Bankruptcy Section/100-50-01-51,    PO Box 1847,    Wilson, NC  27894-1847
16229325   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 20 2011 00:34:39     Regional Acceptance Co,
             110 W Randill Mill Rd St,    Arlington, TX 76011-4611
16229318    E-mail/Text: ELOHSE@FRONTIERNET.NET Apr 19 2011 23:42:11     Thomas H Senneff,
             408 11th Ave PO Box 347,    Fulton, IL  61252-0347
                                                                               TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2011**                    **Signature:**   *Joseph Speetjens*