# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 10-74940  
**Debtor Name:** GILLEN, DETA A  

Page: 1  

**Date:** May 18, 2011  
**Time:** 12:44:12 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
|  | Funds on Hand |  |  |  |  |  | $56,006.74 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 9.76 | 0.00 | 9.76 | 9.76 | 55,996.98 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 1,076.00 | 0.00 | 1,076.00 | 1,076.00 | 54,920.98 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 5,991.27 | 0.00 | 5,991.27 | 5,991.27 | 48,929.71 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 7,077.03 | 0.00 | 7,077.03 | 7,077.03 |  |
| 6 | Regional Acceptance | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 48,929.71 |
|  | SUBTOTAL FOR | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |  |
| 1 | Chase Bank USA, N.A. | Unsecured | 11,208.42 | 0.00 | 11,208.42 | 11,208.42 | 37,721.29 |
| 1I | Chase Bank USA, N.A. | Unsecured | 18.04 | 0.00 | 18.04 | 18.04 | 37,703.25 |
| 2 | PYOD LLC as assignee of Citibank | Unsecured | 8,965.80 | 0.00 | 8,965.80 | 8,965.80 | 28,737.45 |
| 2I | PYOD LLC as assignee of Citibank | Unsecured | 14.43 | 0.00 | 14.43 | 14.43 | 28,723.02 |
| 3 | PYOD LLC  as assignee of Citibank | Unsecured | 12,433.81 | 0.00 | 12,433.81 | 12,433.81 | 16,289.21 |
| 3I | PYOD LLC  as assignee of Citibank | Unsecured | 20.02 | 0.00 | 20.02 | 20.02 | 16,269.19 |
| 4 | PYOD LLC as assignee of Citibank | Unsecured | 14,855.63 | 0.00 | 14,855.63 | 14,855.63 | 1,413.56 |
| 4I | PYOD LLC as assignee of Citibank | Unsecured | 23.92 | 0.00 | 23.92 | 23.92 | 1,389.64 |
| 5 | PYOD LLC as assignee of Citibank | Unsecured | 207.88 | 0.00 | 207.88 | 207.88 | 1,181.76 |
| 5I | PYOD LLC as assignee of Citibank | Unsecured | 0.33 | 0.00 | 0.33 | 0.33 | 1,181.43 |
| SURPLUS | GILLEN, DETA A | Unsecured | 1,181.43 | 0.00 | 1,181.43 | 1,181.43 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 48,929.71 | 0.00 | 48,929.71 | 48,929.71 |  |
| **<< Totals >>** |  |  | 56,006.74 | 0.00 | 56,006.74 | 56,006.74 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---:|
| **Administrative-Ch7** | 100.000000% |
| **Secured** | 0.000000% |
| **Unsecured** | 100.000000% |