# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: GILLEN, DETA A   § Case No. 10-74940
                       §
                       §
Debtor(s)              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $83,107.43           Assets Exempt: $9,882.43
*(without deducting any secured claims)*

Total Distribution to Claimants: $47,748.28    Claims Discharged
                                                Without Payment: $10,468.40

Total Expenses of Administration: $7,077.03

3) Total gross receipts of $ 56,006.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,181.43 (see **Exhibit 2**), yielded net receipts of $54,825.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $73,684.19 | $2,679.16 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,077.03 | 7,077.03 | 7,077.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,347.20 | 47,748.28 | 47,748.28 | 47,748.28 |
| **TOTAL DISBURSEMENTS** | $131,031.39 | $57,504.47 | $54,825.31 | $54,825.31 |

4) This case was originally filed under Chapter 7 on October 04, 2010. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2011          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Financial Country Co - Death Benefit Son's Ins | 1229-000 | 56,000.00 |
| Interest Income | 1270-000 | 6.74 |
| **TOTAL GROSS RECEIPTS** | | **$56,006.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GILLEN, DETA A | Distribution paid 100.00% on $1,181.43; Claim# SURPLUS; Filed: $1,181.43; Reference: | 8200-000 | 1,181.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,181.43** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Regional Acceptance | 4110-000 | 3,225.00 | 2,679.16 | 0.00 | 0.00 |
| NOTFILED | Us Bank Home Mortgage | 4110-000 | 70,459.19 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$73,684.19** | **$2,679.16** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 9.76 | 9.76 | 9.76 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,076.00 | 1,076.00 | 1,076.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 5,991.27 | 5,991.27 | 5,991.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,077.03 | 7,077.03 | 7,077.03 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 11,107.08 | 11,208.42 | 11,208.42 | 11,208.42 |
| 1I | Chase Bank USA, N.A. | 7990-000 | N/A | 18.04 | 18.04 | 18.04 |
| 2 | PYOD LLC as assignee of Citibank | 7100-000 | 8,750.94 | 8,965.80 | 8,965.80 | 8,965.80 |
| 2I | PYOD LLC as assignee of Citibank | 7990-000 | N/A | 14.43 | 14.43 | 14.43 |
| 3 | PYOD LLC as assignee of Citibank | 7100-000 | 12,205.81 | 12,433.81 | 12,433.81 | 12,433.81 |
| 3I | PYOD LLC as assignee of Citibank | 7990-000 | N/A | 20.02 | 20.02 | 20.02 |
| 4 | PYOD LLC as assignee of Citibank | 7100-000 | 14,635.68 | 14,855.63 | 14,855.63 | 14,855.63 |
| 4I | PYOD LLC as assignee of Citibank | 7990-000 | N/A | 23.92 | 23.92 | 23.92 |
| 5 | PYOD LLC as assignee of Citibank | 7100-000 | 179.29 | 207.88 | 207.88 | 207.88 |
| 5I | PYOD LLC as assignee of Citibank | 7990-000 | N/A | 0.33 | 0.33 | 0.33 |
| NOTFILED | FHN Physician Services | 7100-000 | 1,535.20 | N/A | N/A | 0.00 |
| NOTFILED | FHN Physician Services | 7100-000 | 10.20 | N/A | N/A | 0.00 |
| NOTFILED | FHN Memorial Hospital | 7100-000 | 371.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | FHN Physician Services | 7100-000 | 1,545.40 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 65.20 | N/A | N/A | 0.00 |
| NOTFILED | FHN Memorial Hospital | 7100-000 | 1,647.80 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 6.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Memorial Hospital | 7100-000 | 786.40 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 141.60 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 6.00 | N/A | N/A | 0.00 |
| NOTFILED | FHN Memorial Hospital | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED | FHN Memorial Hospital | 7100-000 | 908.40 | N/A | N/A | 0.00 |
| NOTFILED | FHN Memorial Hospital | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NOTFILED | FHN Memorial Hospital | 7100-000 | 2,873.20 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 57,347.20 | 47,748.28 | 47,748.28 | 47,748.28 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74940  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** GILLEN, DETA A  **Filed (f) or Converted (c):** 10/04/10 (f)
**§341(a) Meeting Date:** 11/09/10
**Period Ending:** 06/16/11  **Claims Bar Date:** 02/11/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Debtor's home, value determined by appraisal in | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Bank of America Joint Checking Account with son | 38.67 | 0.00 | DA | 0.00 | FA |
| 3 | RIA Federal Credit Union Checking Account in ban | 230.11 | 0.00 | DA | 0.00 | FA |
| 4 | RIA Federal Credit Union Savings Account associa | 32.78 | 0.00 | DA | 0.00 | FA |
| 5 | One lot of ordinary household goods and furnishi | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | One lot of ordinary wearing apparel owned by deb | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Fort Deerborn Life Insurance Policy through West | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Metropolitan Life Insurance Policy ($46,000) eac | 82.00 | 0.00 | DA | 0.00 | FA |
| 9 | Honeywell Pension Plan- no cash surrender value | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Illinois Municipal Retirement Fund Give particul | 4,723.87 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Chevrolet Malibu | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Financial Country Co - Death Benefit Son's Ins (u) | 55,000.00 | 55,000.00 | | 56,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.74 | FA |
| 13 | Assets Totals (Excluding unknown values) | **$138,107.43** | **$55,000.00** | | **$56,006.74** | **$0.00** |

**Major Activities Affecting Case Closing:**
  CLAIMS TO BE EXAMINED AFTER EXPRIATION OF CLAIMS BAR DATE.

**Initial Projected Date Of Final Report (TFR):**  September 1, 2011   **Current Projected Date Of Final Report (TFR):**  April 18, 2011  (Actual)

Printed: 06/16/2011 04:15 PM   V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74940  
**Case Name:** GILLEN, DETA A  

**Taxpayer ID #:** **-***7474  
**Period Ending:** 06/16/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******22-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/10 | {12} | United of Omaha | Insurance proceeds from death of son | 1229-000 | 56,000.00 | | 56,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.46 | | 56,000.46 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.42 | | 56,001.88 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.28 | | 56,003.16 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.42 | | 56,004.58 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.38 | | 56,005.96 |
| 05/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 0.78 | | 56,006.74 |
| 05/18/11 | | To Account #9200******2266 | Transfer for Final Distribution | 9999-000 | | 56,006.74 | 0.00 |
| | | | ACCOUNT TOTALS | | 56,006.74 | 56,006.74 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 56,006.74 | |
| | | | Subtotal | | 56,006.74 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $56,006.74 | $0.00 | |

{} Asset reference(s)

Printed: 06/16/2011 04:15 PM  V.12.56

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-74940  
**Case Name:** GILLEN, DETA A  

**Taxpayer ID #:** **-***7474  
**Period Ending:** 06/16/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******22-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/11 | | From Account #9200******2265 | Transfer for Final Distribution | 9999-000 | 56,006.74 | | 56,006.74 |
| 05/19/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $5,991.27, Trustee Compensation;  Reference: | 2100-000 | | 5,991.27 | 50,015.47 |
| 05/19/11 | 102 | GILLEN, DETA A | Distribution paid 100.00% on $1,181.43; Claim# SURPLUS; Filed: $1,181.43; Reference: | 8200-000 | | 1,181.43 | 48,834.04 |
| 05/19/11 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,085.76 | 47,748.28 |
| | | | Dividend paid 100.00%  1,076.00 on $1,076.00;  Claim# ATTY; Filed: $1,076.00 | 3110-000 | | | 47,748.28 |
| | | | Dividend paid 100.00%  9.76 on $9.76;  Claim# EXP; Filed: $9.76 | 3120-000 | | | 47,748.28 |
| 05/19/11 | 104 | Chase Bank USA, N.A. | Combined Check for Claims#1,1I | | | 11,226.46 | 36,521.82 |
| | | | Dividend paid 100.00%  11,208.42 on $11,208.42;  Claim# 1; Filed: $11,208.42; Reference: 8940 | 7100-000 | | | 36,521.82 |
| | | | Dividend paid 100.00%  18.04 on $18.04;  Claim# 1I; Filed: $18.04; Reference: 8940 | 7990-000 | | | 36,521.82 |
| 05/19/11 | 105 | PYOD LLC  as assignee of Citibank | Combined Check for Claims#3,3I | | | 12,453.83 | 24,067.99 |
| | | | Dividend paid 100.00%  12,433.81 on $12,433.81;  Claim# 3; Filed: $12,433.81; Reference: 3502 | 7100-000 | | | 24,067.99 |
| | | | Dividend paid 100.00%  20.02 on $20.02;  Claim# 3I; Filed: $20.02; Reference: 3502 | 7990-000 | | | 24,067.99 |
| 05/19/11 | 106 | PYOD LLC as assignee of  Citibank | Combined Check for Claims#2,2I | | | 8,980.23 | 15,087.76 |
| | | | Dividend paid 100.00%  8,965.80 on $8,965.80;  Claim# 2; Filed: $8,965.80; Reference: 0313 | 7100-000 | | | 15,087.76 |
| | | | Dividend paid 100.00%  14.43 on $14.43;  Claim# 2I; Filed: $14.43; Reference: 0313 | 7990-000 | | | 15,087.76 |

Subtotals :     $56,006.74     $40,918.98

{} Asset reference(s)

Printed: 06/16/2011 04:15 PM     V.12.56

## FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-74940  
**Case Name:** GILLEN, DETA A  

**Taxpayer ID #:** **-***7474  
**Period Ending:** 06/16/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******22-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/19/11 | 107 | PYOD LLC as assignee of Citibank | Combined Check for Claims#4,4I | | | | 14,879.55 | 208.21 |
| | | | Dividend paid 100.00% on $14,855.63; Claim# 4; Filed: $14,855.63; Reference: 3321 | 14,855.63 | 7100-000 | | | 208.21 |
| | | | Dividend paid 100.00% on $23.92; Claim# 4I; Filed: $23.92; Reference: 3321 | 23.92 | 7990-000 | | | 208.21 |
| 05/19/11 | 108 | PYOD LLC as assignee of Citibank | Combined Check for Claims#5,5I | | | | 208.21 | 0.00 |
| | | | Dividend paid 100.00% on $207.88; Claim# 5; Filed: $207.88; Reference: 6587 | 207.88 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $0.33; Claim# 5I; Filed: $0.33; Reference: 6587 | 0.33 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 56,006.74 | 56,006.74 | $0.00 |
| | | | Less: Bank Transfers | | | 56,006.74 | 0.00 | |
| | | | **Subtotal** | | | 0.00 | 56,006.74 | |
| | | | Less: Payments to Debtors | | | | 1,181.43 | |
| | | | **NET Receipts / Disbursements** | | | **$0.00** | **$54,825.31** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******22-65** | 56,006.74 | 0.00 | 0.00 |
| **Checking # 9200-******22-66** | 0.00 | 54,825.31 | 0.00 |
| | **$56,006.74** | **$54,825.31** | **$0.00** |

{} Asset reference(s)

Printed: 06/16/2011 04:15 PM    V.12.56